964

No. 558. JOHN HANCOCK MUTUAL LIFE INSURANCE Co. *v.* BEARDSLEE. C. A. 7th Cir. Certiorari denied. *Owen Rall* for petitioner. *Irving M. Greenfield and Irving D. Levin* for respondent.

No. 562. STOW MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Roy C. McHenry* for petitioner. *Solicitor General Soboloff, David P. Findling, Dominick L. Manoli and Rosanna A. Blake* for respondent.

No. 563. EDWARD S. WAGNER Co., INC. *v.* MITCHELL, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied. *Irwin N. Wilpon* for petitioner. *Solicitor General Soboloff, Stuart Rothman, Bessie Margolin and Sylvia S. Ellison* for respondent.

No. 569. UNITED STATES EX REL. CIRCELLA *v.* SAHLI, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Thomas M. Tracey* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg and Felicia Dubrovsky* for respondent.

No. 574. ROSCOE BIFOCAL Co., INC. *v.* SIMON, GENERAL PARTNER OF RAY SIMON OPTICAL Co. C. A. 7th Cir. Certiorari denied. *Max Chill for petitioner. Norman H. Nachman* for respondent.

No. 578. THOMPSON, TRUSTEE, ET AL. *v.* ST. LOUIS-SAN FRANCISCO RAILWAY Co. C. A. 8th Cir. Certiorari denied. *Thos. T. Railey, Geo. W. Holmes and Toll R.*

*Ware* for petitioners. *James L. Homire, John E. McCullough* and *Alvin J. Baumann* for respondent. 

No. 245, Misc. BENNETT *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se.* *John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 366, Misc. HOLLIDAY *v.* ABRAM, WARDEN. Supreme Court of New Mexico. Certiorari denied. Petitioner *pro se.* *Richard H. Robinson,* Attorney General of New Mexico, *Fred M. Standley* and *Santiago E. Campos,* Assistant Attorneys General, and *Dean S. Zinn* for respondent.

No. 469, Misc. VOSS *v.* TENNESSEE. Supreme Court of Tennessee, Middle District. Certiorari denied. *James Clarence Evans* for petitioner. *Nat Tipton* and *Knox Bigham,* Assistant Attorneys General of Tennessee, for respondent. 

No. 41. PREMIER OIL REFINING COMPANY OF TEXAS *v.* UNITED STATES, *ante,* p. 254;

No. 43. TEE-HIT-TON INDIANS *v.* UNITED STATES, *ante,* p. 272; and

No. 475. FORD ET AL. *v.* HUGHES TOOL CO., *ante,* p. 927. Petitions for rehearing denied.

No. 520. LARDNER *v.* TWENTIETH CENTURY-FOX FILM CORP., *ante,* p. 944. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.